IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PHYLLIS D. SALTER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:07cv445-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time (Doc. #19) to file a Brief in Support of her Complaint, filed December 13, 2007, and for good cause, it is

ORDERED that the motion (Doc. #19) is GRANTED. Plaintiff shall file her Brief on or before January 25, 2008.

DONE this 14th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE