IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PHYLLIS D. SALTER, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:07cv445-WC |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's unopposed Motion for Extension of Time (Doc. #22) to file a Brief in opposition to the Complaint, filed February 22, 2008, and for good cause, it is

ORDERED that the motion (Doc. #22) is GRANTED. Defendant shall file his Brief **on or before April 10, 2008**.

DONE this 25th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE