IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PHYLLIS D. SALTER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:07cv445-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's unopposed Second Motion for Extension of Time (Doc. #24) to file a Brief in opposition to the Complaint, filed April 4, 2008, and for good cause, it is

ORDERED that the motion (Doc. #24) is GRANTED. Defendant shall file his Brief **on or before May 30, 2008**.

DONE this 9th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE