IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PHYLLIS D. SALTER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:07cv445-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Plaintiff's unopposed Motion for Leave to File Reply Brief (Doc. #28), and for good cause, it is

ORDERED that the Motion (Doc. #28) is GRANTED.

DONE this 9th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE